# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

146737 & (20)(21)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LOREN DEPREE GREENE,
        Defendant-Appellant.

SC: 146737
COA: 312993
Jackson CC: 04-001348-FC

_____/

      On order of the Court, the application for leave to appeal the December 21, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion on record and the motion to amend and supplement are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

h0722